## Burton R. Abrams, Appellant, v. Berg's Market and Liquor Store, Appellee.

Gen. No. 42,226.

opinion filed December 30, 1942; rehearing denied January 20, 1943. Jacob J. Chapman, for appellant; Burton R. Abrams, of counsel; John E. Wilson, for appellee. Opinion by JUSTICE SCANLAN. ''Not to be published in full.''

## Estate of William Benson Storey, Deceased, Appellee, v. 199 Lake Shore Drive, Inc., Appellant.

Gen. No. 42,236.

opinion filed December 30, 1942. St. George & Davis, for appellant; Maximilian J. St. George and Mitchel P. Davis, of counsel; Alden, Latham & Young, for appellee; Wm. Tracy Alden and Sidney F. Moody, of counsel. Opinion by JUSTICE SCANLAN. ''Not to be published in full.''